# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

In Re:                                )    Case No. 09-16586

)

GERALD F. IVANCIC, and          )    Chapter 7
CINDY L. IVANCIC               )

)

            Debtors.             )    Judge: RANDOLPH BAXTER

## NOTICE OF HEARING and OF A PROPOSED SALE OF REAL PROPERTY OTHER THAN IN THE ORDINARY COURSE OF BUSINESS AT PUBLIC AUCTION OR PRIVATE SALE PURSUANT TO 11 U.S.C. §363

Please take notice that pursuant to 11 U.S.C. §363(b) and in accordance with Rules 2002(a)(2) and 6004(a) of the Federal Rules of Bankruptcy Procedure, Marvin A. Sicherman, the Trustee in the Chapter 7 bankruptcy case identified in the caption above, intends to sell for the sum of $ 25,000.00 at private sale to be held on August 17th, 2010 the 20% undivided interest of the above-named Debtor's estate in and to the real property described in the exhibit attached hereto (Tax Perm. Parcel Nos. 05-00-078-000-025 and 05-00-083-000-004).

While the Trustee does not believe there are any lines or claims against the real property, save for perhaps easements, restrictions, conditions of record, zoning ordinances, and real estate taxes not yet due and payable, the property is being where is and as is, to Frank J. Ivancic, Jr., the owner of the remaining 80% of the real property, for the sum of $ 25,000.00.

A hearing is scheduled in Room 2B of the United States Bankruptcy Court for the Northern District of Ohio, Eastern Division, located at the Howard M. Metzenbaum U.S. Courthouse, 201 Superior Avenue, Cleveland, Ohio 44114, on August 17th, 2010 at 9:00 A.M. to consider this Notice,

and any written objection thereto which is filed and served on the undersigned, the United States Trustee, and all parties entitled to receive such objection not later than seven (7) days preceding the date scheduled for the hearing. If no objection to this notice is filed and served within such time, the sale may be consummated without a hearing.

/s/ Marvin A. Sicherman (#0007355)
DETTELBACH, SICHERMAN & BAUMGART
1801 East Ninth Street - Suite 1100
Cleveland, OH 44114-3169
Phone: (216) 696-6000 - Fax: (216) 696-3338
email: msicherman@dsb-law.com
Attorneys for Trustee

## CERTIFICATE OF SERVICE

A copy of the foregoing Notice of Intent to Sell Real Property will be served electronically on the Office of the U. S. Trustee, and in accordance with Local Rule 2002-1, and on July 20, 2010, copies were mailed by regular U.S. Mail, postage pre-paid for delivery to each of the parties on the annexed service list at the addresses therein denoted.

/s/ Marvin A. Sicherman, Attorney

F:\WPWIN\TEE\MAS\Ivancic\SaleNotice.wpd
July 20, 2010

2

% JAMES GRUDUS, ESQ.
AT&T SERVICES, INC.
ONE AT&T WAY, ROOM 3A218
BEDMINSTER, NJ 07921-2694

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 21126
PHILADELPHIA PA 19114-0326

Amanda B. Romanello, Esq.
P.O. Box 5480
Cincinnati, OH 45201-5480

Americas Servicing Co*
Attention: Bankruptcy
1 Home Campus
Des Moines, IA 50328-0001

Atlantic Crd/HSBC
P O Box 13386
Roanoke, VA 24033-3386

Bank Of America
4060 Ogletown/stanton Rd
Newark, DE 19713

Bank Of America*
Attn: Bankruptcy NC4-105-02-77
PO Box 26012
Greensboro, NC 27420-6012

Boone Hobbies
804 Story Street
Boone IA 50036-2711

Business Revenue Sys/RBA
2419 Spy Run Ave Ste A
Fort Wayne, IN 46805-3250

Ccb Inc/Emergency Prof Svcs
5300 S 6th Street Rd
Springfield, IL 62703-5184

Chase
800 Brooksedge Blvd
Westerville, OH 43081-2822

Chase Bank USA NA
PO BOX 15145
Wilmington, DE 19850-5145

Chase Manhattan Mortga
10790 Rancho Bernardo Rd
San Diego, CA 92127-5705

Cindy L. Ivancic
6990 West Ridge Rd.
Lorain, OH 44053-3943

Cit*
Attn: Bankruptcy
715 S Metropolitan Ave
Oklahoma City, OK 73108-2090

Citibank SD
701 E 60th St. N
Sioux Falls, SD 57104-0493

Cleveland Hobby
P.O. Box 33034
N. Royalton, OH 44133-0034

Credit Colle/Western Oaks
P.o. Box 60607
Oklahoma City, OK 73146-0607

Credit Collection/Podiatric Assoc
P.o. Box 60607
Oklahoma City, OK 73146-0607

Credit Collection/Ramgopal MD
P.o. Box 60607
Oklahoma City, OK 73146-0607

Daniel J. Talarek
Lorain County Treasurer
226 Middle Ave.
Elyria, OH 44035-5643

DISCOVER BANK
DFS Services LLC
PO Box 3025
New Albany, Ohio 43054-3025

Discover Fin Svcs Llc
Po Box 15316
Wilmington, DE 19850-5316

Discover Fin*
Attention: Bankruptcy Department
PO Box 3025
New Albany, OH 43054-3025

FIA Card Services
P.O. Box 15137
Wilmington, DE 19850-5137

First Federal Cred/Gayomali MD
24700 Chagrin Blvd Ste 2
Cleveland, OH 44122-5647

First Federal Cred/Pedorthics
24700 Chagrin Blvd Ste 2
Cleveland, OH 44122-5647

Frank Ivancic
43016 Delfield Road
Elyria, OH 44035-1008

Gerald F Ivancic
6990 West Ridge Rd.
Lorain, OH 44053-3943

Global/CSI Managed Care
22 East Main St
Geneva, OH 44041-1347

Great Train Expo
PO Box 34
Elmhurst, IL 60126-0034

Greenberg's Train & Toy Shows
120 Easy Street, #4
Carol Stream, IL 60188-3540

Hobbytyme Distributors
64C Oakland Ave.
East Hartford, CT 06108-4040

Leading Edge/JP Morgan Chase
5440 N. Cumberland Ave., #300
Chicago, IL 60656-1490

Lease Finance Group Ll
233 N Michigan Ave Ste l
Chicago, IL 60601-5502

Leasecomm
950 Winter St
Waltham, MA 02451-1424

Melissa A. Hager, Esq.
1100 Superior Ave., 19th Floor
Cleveland, OH 44114-2521

Nco Fin /99/Centurytel
Po Box 15636
Wilmington, DE 19850-5636

North Coast Nephrology
P.O. Box 326
Avon Lake, OH 44012-0326

OHIO DEPARTMENT OF TAXATION
BANKRUPTCY DIVISION
P.O. BOX 530, COLUMBUS, OH. 43216

Ohio Department of Taxation
ATTN: Bankruptcy Staff
150 E. Gay St., 21st Floor
Columbus, OH 43215-3191

Revenue Group
3700 Park East Dri
Beachwood, OH 44122-4343

Rochelda Properties LLC
13125 Prospect Rd.
Strongsville, OH 44149-3849

Roundup Funding, LLC
MS 550
PO Box 91121
Seattle, WA 98111-9221

Superior Medical Care, Inc.
5334 Meadow Lane Ct.
Sheffield Village, OH 44035-1469

U.S. BANK NATIONAL ASSOCIATION
4805 Montgomery Road
Suite 320
Norwood, OH 45212-2280

U.S. Bank National Association
c/o Chase Home Finance LLC
Attn: Bankruptcy Department
10790 Rancho Bernardo Road
San Diego, CA 92127-5705

United Collect Bur/Comm Health
5620 Southwyck Blv
Toledo, OH 43614-1501

United Collect Bur/RBA
5620 Southwyck Blv
Toledo, OH 43614-1501

Unvl/citi
Po Box 6241
Sioux Falls, SD 57117-6241

Unvl/citi*
Attn.: Centralized Bankruptcy
PO Box 20507
Kansas City, MO 64195-0507

US Bank NA/Wells Fargo Bank
3476 Stateview Blvd MAC #7801-013
Ft. Mill, SC 29715-7203

US Bank National Association
c/o Wells Fargo Home Mortgage
1 Home Campus
Attn: Bankruptcy Payment Processing
MAC# X2501-01D
Des Moines, IA 50328-0001

State of Ohio
c/o Nicole M. Hitch
600 Superior Ave, Suite 1600
Cleveland, OH 44114

U.S. Bank National Assoc.
C/o Christian E. Niklas
4805 Montgomery Rd, Suite 320
Norwood, OH 45212

U.S. Bank National Assoc.
c/o Joel K. Jensen
120 E. 45th Street, 8th Floor
P.O. Box 5480
Cincinnati, OH 45201-5480